

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In re:  The Estate of Jessie Glen Crawford, Deceased

No. 06-14-00051-CV

Appeal from the 6th District Court of Red River County, Texas (Tr. Ct. No. CV03295). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below.  Therefore, we reverse the order admitting the will to probate and remand the cause for further proceedings consistent with this opinion.

We further order that the appellee pay all costs of this appeal.

RENDERED DECEMBER 16, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk